and without disbursements, and it is further unanimously ordered that the motion for a stay is denied. No opinion. Concur — Kupferman, J. P., Sandler, Asch, Lynch and Milonas, JJ.

■ In the Matter of WALI A. SHAFEEQ, Petitioner, v MYRIAM ALTMAN, Respondent. — Application for a writ of prohibition unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Asch, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO NIEVES, Appellant. — Judgment, Supreme Court, Bronx County (Grey, J.), rendered on August 1, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ NATIONAL RECORDING STUDIOS, INC., Appellant, v SIN TELEVISION NETWORK, INC., et al., Respondents, et al., Defendants. — Order of the Supreme Court, New York County (Blyn, J.), entered on December 3, 1982, unanimously affirmed and an immediate trial recommended. Respondents shall recover of appellant one bill of $50 costs and disbursements of this appeal. No opinion. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Bloom, JJ.

■ In the Matter of ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent. JOHN ANONYMOUS, Appellant. — Order, Supreme Court, New York County (Alexander, J.), entered on May 25, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Alexander, J. Concur — Ross, J. P., Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE FERNANDEZ, Appellant. — Judgment, Supreme Court, Bronx County (Grey, J.), rendered on August 1, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sullivan, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant, v CITY OF NEW YORK et al., Respondents. In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v CITY OF NEW YORK et al., Appellants. — Judgment denominated an order of Supreme Court, New York County (Maresca, J.), entered July 30, 1981, denying an application to compel respondents to accept certain credits against petitioner's special franchise taxes and dismissing the petition, unanimously affirmed, without costs. Judgment of Supreme Court, New York County (Whitman, J.), entered October 26, 1981, granting application to credit certain other franchise fee payments against petitioner's special franchise taxes, unanimously reversed, without costs, the petition denied and this proceeding dismissed. Petitioner sought to have franchise fee payments, made to the City of New York for use of property pursuant to section 626 of the Real Property Tax Law, set off against its special franchise tax obligation. Under an agreement which expired October 31, 1980, the provisions of section 626 were waived. In pertinent part, this consent agreement, adopted and approved in 1972 to be retroactively effective from November 1, 1970, provided that all such payments pursuant to this agreement would be considered in addition to, and not a part of, any taxes owed under any law or local ordinance. Special Term upheld the validity of this